UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA K. FOX,

       Plaintiff,

v.

                                                           Civil No. 13-14800

ACTING COMMISSIONER OF
SOCIAL SECURITY,                              Hon. Avern Cohn

       Defendants.
_____/

## JUDGMENT

For the reasons stated in the order entered on September 30, 2014, judgment in entered in favor defendant and against plaintiff.

Now, therefore, IT IS ADJUDGED that defendants' motion for summary judgment is GRANTED and the case is DISMISSED.

                                                DAVID WEAVER

Dated: September 30, 2014              By: s/Sakne Chami
                                                   Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 30, 2014, by electronic and/or ordinary mail.

                                                     s/Sakne Chami
                                                     Case Manager, (313) 234-5160